MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant,
Vincent Michael Williams

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No.: 1:17-cr-000135-LJO-SKO |
| Plaintiff, | STIPULATION OF COUNSEL AND ORDER TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| VINCENT MICHAEL WILLIAMS, | |
| Defendant. | |

To the Honorable Sheila K. Oberto, Magistrate Judge in the United States Court for the Eastern District of California.

Counsel for the Defendant, Vincent Michael Williams and Counsel for the Plaintiff, the United States Government, through Assistant United States Attorney, Kimberly A. Sanchez, do hereby Stipulate that the Order regarding Pretrial Release Conditions for Vincent Michael Williams be modified. Counsel would Stipulate that the Order (7), (n) that Mr. Vincent Michael Williams participate in a Local Monitoring Program and abide by a Curfew Restriction requiring Mr. Williams to be in his residence every day from 9:00 p.m. till 6:00 a.m. or as set by Pre Trial Services, be deleted from the previously Ordered Conditions of Release.

STIPULATION OF COUNSEL AND PROPOSED ORDER TO MODIFY CONDITIONS OF RELEASE - 1

/s/ *Kimberly A. Sanchez*                  09/14/2017
Kimberly A. Sanchez, Assistant United States Attorney    Date
Counsel for Plaintiff, The United States Government

/s/ *Michael W. Berdinella*                 09/14/2017
Michael W. Berdinella,    Date
Attorney for Defendant, Vincent Michael Williams

**ORDER**

It is Ordered, that the Conditions of Release requiring that Vincent Michael Williams participate in the Location Monitoring Program and the Curfew Restriction requiring that he be in his residency every day from 9:00 p.m. till 6:00 a.m. are hereby deleted from the previously Ordered Conditions of Release.

All other Conditions of Release except those modified by this Order, shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **September 14, 2017**        /s/ *Erica P. Grosjean*
                                                     UNITED STATES MAGISTRATE JUDGE